IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------    :
  UNITED STATES OF AMERICA                          :
                                                    :  CASE NO.   5:06 CR 42
                                    Plaintiff       :
                                                    :
                  -vs-                              :
                                                    :
  PETER F. GRIVAS                                   :  ORDER ACCEPTING PLEA AGREEMENT
                                                    :  AND JUDGMENT AND NOTICE OF
                                    Defendant       :  HEARING
------------------------------------------------    :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli regarding the change of plea hearing and plea agreement of Peter F. Grivas which was referred to the Magistrate Judge with the consent of the parties.

    On 1 February 2006, the government filed a one-count indictment against Peter F. Grivas for assisting the unauthorized interception or reception of cable services in violation of 47 U.S.C. § 553.  On 24 March 2006, a hearing was held in which Peter F. Grivas entered a plea of not guilty before Magistrate Judge William H. Baughman, Jr.  On 12 July 2006, Magistrate Judge Vecchiarelli received Peter F. Grivas's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Peter F. Grivas is found to be competent to enter a plea.  He understands his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Peter F. Grivas is adjudged guilty of Count One in violation of 47 U.S.C. § 553.

Sentencing will be:

**24 August 2006 at 2:00 p.m.**

**Courtroom 18-A**
**18th Floor the United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.

/s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: 15 August 2006